IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER CARROLL,<br>          Petitioner, | CIVIL ACTION |
| v. | No. 12-5697 |
| MARIROSA LAMAS, et al.,<br>          Respondents. | |

## ORDER

**AND NOW**, this 16th day of January, 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and Petitioner's Objections thereto, it is hereby **ORDERED** that:

1. Petitioner's objections (Doc. No. 10) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 3) is **APPROVED** and **ADOPTED**;

3. The petition for a writ of habeas corpus is **DENIED WITHOUT AN EVIDENTIARY HEARING**;

4. There is no basis for the issuance of a certificate of appealability; and

5. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.